```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

*This Document Relates to All Actions*
---------------------------------------------------------X

14-MD-2542 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of letters from the Indirect Purchaser Plaintiffs (the "IPPs") and Defendant, dated April 30, 2019. (Docs. 592–93.) Accordingly, it is hereby:

ORDERED that all deadlines related to the IPPs' motion for reconsideration, (Doc. 582), are adjourned *sine die*. If I determine that additional briefing is necessary, I will contact the parties to set a schedule.

SO ORDERED.

Dated:   May 2, 2019
         New York, New York

Vernon S. Broderick
United States District Judge